DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Knight v. Abbott Labs.<br><br>Case below:<br>177 N.C. App. 287 | No. 399P01-2 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1061) | Denied 01/25/07<br><br>**Timmons-Goodson, J., Recused** |
| MAPCO, Inc. v. N.C. Dep't of Transp.<br><br>Case below:<br>175 N.C. App. 570 | No. 085P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-266) | Denied 01/25/07 |
| Martin v. Martin (Now Davidson)<br><br>Case below:<br>180 N.C. App. 237 | No. 634P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1662) | Denied 01/25/07 |
| McClennahan v. N.C. School of the Arts<br><br>Case below:<br>177 N.C. App. 806 | No. 339P06 | 1. Defendant-Appellants' Motion for Temporary Stay (COA05-790)<br><br>2. Defendant-Appellant's Petition for Writ of Supersedeas Under Rule 23<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **360 N.C. 535**<br><br>Stay Dissolved 01/25/07<br><br>2. Denied 01/25/07<br><br>3. Denied 01/25/07 |
| Minowicz v. Stephens<br><br>Case below:<br>180 N.C. App. 473 | No. 616P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1686) | Denied 01/25/07 |
| N.C. State Bar v. Leonard<br><br>Case below:<br>178 N.C. App. 432 | No. 449P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1411) | Denied 01/25/07 |
| Overcash v. N.C. Dep't of Env't & Natural Res.<br><br>Case below:<br>179 N.C. App. 697 | No. 591P06 | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA05-1342) | Denied 01/25/07<br><br>**Edmunds, J., Recused** |
| Poindexter, Inc. v. Boardwalk, LLC<br><br>Case below:<br>178 N.C. App. 562 | No. 443P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1029) | Allowed as to "Second Issue" only 01/25/07 |